# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRAYAN HERNANDEZ LICONA,<br><br>  Petitioner,<br><br>v.<br><br>SCOTT LADWIG, Acting Director of the New Orleans Field Office of ICE, in his official capacity,<br><br>  Respondent. | No. 2:26-cv-02081-SHL-atc |

## ORDER REQUIRING SERVICE

On January 29, 2026, Petitioner Brayan Hernandez Licona filed the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 7-3.) Hernandez Licona challenges his continued detention in the West Tennessee Detention Facility without a bond hearing, and seeks not a bond hearing but his "immediate, unconditional release," arguing that his detention is "void *ab initio*" and that "a bond hearing is an inadequate remedy in the face of the government's 'automatic stay' power and explicit defiance of judicial orders." (ECF No. 7-3 at PageID 32–33.) Upon review of the Petition, it is **ORDERED** as follows:

(1) Hernandez Licona shall within **five days** of this Order **deliver one copy of (1) the Petition (ECF No. 7-3) and (2) this Order (ECF No. 8)** to the United States Attorney for the Western District of Tennessee at the following address:

  Stuart Canale, Assistant United States Attorney
  United States Attorney's Office
  167 North Main Street
  Suite 800
  Memphis, TN 38103

Additionally, Hernandez Licona shall serve the documents listed above on the United States

Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**.  Failure to fully comply with this requirement may justify dismissal of the Petition under Federal Rule of Civil Procedure 41(b).  Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

  (2) Within **five days** after Hernandez Licona fully complies with the above requirement, Respondent Scott Ladwig shall respond to the petition for writ of habeas corpus in writing.

  (3) Hernandez Licona may file a reply within **two days** after Ladwig's responsive filing.

  (4) Ladwig shall not transfer Hernandez Licona out of the West Tennessee Detention Center during the pendency of the Petition.

  **IT IS SO ORDERED,** this 30th day of January, 2026.

           s/ Sheryl H. Lipman
           SHERYL H. LIPMAN
           CHIEF UNITED STATES DISTRICT JUDGE