# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRAYAN HERNANDEZ LICONA, <br><br> Petitioner, <br><br> v. <br><br> SCOTT LADWIG, Acting Director of the New Orleans Field Office of ICE, in his official capacity, <br><br> Respondent. | No. 2:26-cv-02081-SHL-atc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Petition (ECF No. 1), filed January 28, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 16), filed February 6, 2026, Petitioner's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

March 10, 2026
Date